**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| LATONYA J. SMITH | PLAINTIFF |
| v. | CIVIL ACTION NO. 2:16-CV-185-KS-MTP |
| THERAPY MANAGEMENT CORPORATION | DEFENDANT |

### ORDER

On August 15, 2017, Defendant Therapy Management Corporation ("Movant") filed its Motion for Summary Judgment [35]. Plaintiff Latonya J. Smith ("Respondent") has until on or before **August 29, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **September 5, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __17th____ day of August, 2017.

    ___s/Keith Starrett_____
    KEITH STARRETT
    UNITED STATES DISTRICT JUDGE